AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| WINDY LUCIUS <br><br> *Plaintiff(s)* <br> v. <br><br> AMC ENTERTAINMENT HOLDINGS, INC.; AMC ENTERTAINMENT, INC., and AMERICAN MULTI-CINEMA, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-20098 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMC ENTERTAINMENT, INC.
c/o Registered Agent CORPORATE CREATIONS NETWORK INC.
3411 SILVERSIDE ROAD
TATNALL BUILDING SUITE 104
WILMINGTON, DE 19810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
CLERK OF COURT

Date: JAN 10 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-20098-CMA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* AMC ENTERTAINMENT, INC.
was received by me on *(date)* 1/13/2020

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* TERRY HUNT (authorized person at the agent), who is designated by law to accept service of process on behalf of *(name of organization)* AMC ENTERTAINMENT, INC.
C/O CORPORATE CREATIONS NETWORK, INC. 3411 SILVERSIDE RD. WILMINGTON, DE 19810 on *(date)* 1/13/2020 AT 12:10 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/13/2020

Server's signature

DENORRIS BRITT    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS & COMPLAINT

Sworn to 1/13/2020

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020